[No. 3049-2. Division Two. October 4, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD E. RIOS, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. Cr–47, John W. Schumacher, J., entered August 19, 1978. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Soule, JJ.

[No. 2561-3. Division Three. October 5, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE F. TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for Stevens County, No. 20270, Sidney R. Buckley, J., entered July 15, 1977. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J.

[No. 5879-1. Division One. October 9, 1978.]

JOHN R. GASHO, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 36330, Harry A. Follman, J., entered July 29, 1977. *Affirmed* by unpublished opinion per James, J., concurred in by Farris, C.J., and Swanson, J.

[No. 5997-1. Division One. October 9, 1978.]

HARRIET M. GOULD, *Appellant,* v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, ET AL, *Defendants,* ALLSTATE INSURANCE COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 817425, Frank D. Howard, J., entered October 3, 1977. *Affirmed* by unpublished opinion per Ringold, J., concurred in by James and Dore, JJ.